UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB)

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     MOTION TO WITHDRAW

RONNELL LOCKHART,

        Defendant.

---

      Counsel for Defendant Ronnell Lockhart moves to withdraw as the attorney of record in this matter. Lockhart has expressed dissatisfaction with Counsel's representation in all matters relating to his case including but not limited to the Pre-Trial motion practice. Communication between Counsel and Mr. Lockhart has broken down and there is a disagreement about how to proceed with the legal issues in the case. Counsel believes the attorney/client relationship is now irretrievably damaged to the point where substitution of counsel is necessary. Mr. Lockhart demanded Counsel file a motion to withdraw on several occasions, but the undersigned has repeatedly repaired the relationship. The undersigned no longer believes the attorney/client relationship can be repaired. Recently, Mr. Lockhart has asked for a new attorney both during an in-person meeting and again in a telephone conference. Counsel is no longer able to provide adequate representation for Mr. Lockhart under the circumstances,

      Attorney Matthew J, Mankey respectfully requests permission to withdraw and for appointment of substitute counsel for Mr. Lockhart at the earliest time practicable.

                                              MANKEY LAW OFFICE

Dated:  May 28, 2024                      *s/ Matthew J Mankey*
                                              Matthew J. Mankey #230303
                                              701 Xenia Avenue South #565
                                              Minneapolis, MN  55416
                                              (763) 560-4388