# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  23-cr-160 (40) (NEB/JFD) |
| | Date:  February 17, 2026 |
| RONNELL LOCKHART, | Courthouse:  Minneapolis |
| | Courtroom:  13W |
| Defendant. | Court Reporter:  Renee Rogge |
| | Time Commenced:  11:35 a.m. |
| | Time Concluded:  12:20 p.m. |
| | Time in Court:  45 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Matthew Mankey, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Defendant's objections to overstated history and minor role are overruled.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1s | X | 35 months on Count 1s to be served concurrently to Count 3s | 3 years to be served concurrently to the term ordered in Count 3s |
| 3s | X | 35 months on Count 3s to be served concurrently to Count 1s | 3 years to be served concurrently to the term ordered in Count 1s |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Sealed and restricted filings at ECF Nos. 2572 and 2574-2575 shall remain sealed or restricted for 15 years.  (02/17/41)
☒ Defendant is remanded to the custody of the USM.

Date: February 17, 2026

                                                              s/Kristine Wegner
                                                              Courtroom Deputy to Judge Nancy E. Brasel